**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1309**

_____

NICK DRAGOVICH,

Plaintiff - Appellee,

versus

JOSEPH M. BUICE, a/k/a ModChipUSA, a/k/a A&M
Enterprises; ANDRE WALLIMAN,

Defendants - Appellants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-00-418)

_____

Submitted: November 14, 2002      Decided: November 15, 2002

_____

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph M. Buice, Andre Walliman, Appellants Pro Se. Douglas Wayne
Kenyon, Keri C. Prince, Laurie J. Bremer, HUNTON & WILLIAMS,
Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph M. Buice and Andre Walliman appeal the district court's order entering default judgment against them in this copyright infringement and breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dragovich v. Buice, No. CA-00-418 (E.D.N.C. June 7, 2000). Additionally, we deny the Appellants' motions for a stay of discovery in Dragovich's collection proceeding in the Eastern District of Virginia and to expedite consideration of the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED